**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDURAIMOV ABDULAZIZ, | No. 1:26-cv-00020 KES EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| TONYA ANDREWS, et al., | |
| Respondents. | |
| | Docs. 1, 9, 11 |

Petitioner Abduraimov Abdulaziz, a federal immigration detainee, brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking release or a bond hearing before an immigration judge. *See* Doc. 1 at 17. As Petitioner has been removed from the United States, Respondents moved for dismissal. Doc. 9. The magistrate judge found the petition moot and recommended dismissal. Doc. 11.

On March 23, 2026, the Court served the findings and recommendations on the parties, with notice that any objections were to be filed within 14 days of service. Doc. 11 at 2. On April 7, 2026, the U.S. Postal Service returned the mail to Petitioner, marked "Undeliverable, Not in custody."[1] Neither Petitioner nor Respondents filed any objections and the time to do so has expired.

---

[1] Nevertheless, service upon Petitioner is deemed effective pursuant to Local Rule 182(f).

1

Consistent with 28 U.S.C. § 636(b)(1), the Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1.     The findings and recommendations issued on March 23, 2026 (Doc. 11) are **ADOPTED** in full.

2.     Respondents' motion to dismiss (Doc. 9) is **GRANTED**.

3.     The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

4.     The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    April 27, 2026

UNITED STATES DISTRICT JUDGE

2